JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

Charles Plotnick and Diane Plotnick

### DEFENDANTS

Costco Wholesale Corporation

**(b)**  County of Residence of First Listed Plaintiff    Montgomery County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    King County, WA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*
Marc S. Rosenberg, Mammuth & Rosenberg
401 City Avenue, Suite 122, Bala Cynwyd, PA  19004
(610) 667-1500; rosenberg@plaintiff.com

Attorneys *(If Known)*
Warren F. Sperling, Bennett, Bricklin & Saltzburg LLC
1601 Market Street, 16th Floor, Philadelphia, PA  19103
(215) 665-3334; sperling@bbs-law.com

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
        Plaintiff

☐ 2   U.S. Government
        Defendant

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☒ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                     *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
       Proceeding

☒ 2 Removed from
       State Court

☐ 3 Remanded from
       Appellate Court

☐ 4 Reinstated or
       Reopened

☐ 5 Transferred from
       Another District
       *(specify)*

☐ 6 Multidistrict
       Litigation -
       Transfer

☐ 8 Multidistrict
       Litigation -
       Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 U.S.C. §§1332, 1441 and 1446
Brief description of cause:
Personal injury action

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
     UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE
01/03/2019

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 381 Linder Drive, Elkins Park, PA  19027 _____

Address of Defendant: _____ 999 Lake Drive, Issaquah, WA  98027 _____

Place of Accident, Incident or Transaction: _____ 740 Upper State Road, North Wales, PA _____

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not  related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 01/03/2019 _____    _____ Attorney-at-Law / Pro Se Plaintiff _____    36676 _____ Attorney I.D. # (if applicable)

---

**CIVIL: (Place a √ in one category only)**

**A.**   *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
  *(Please specify):* _____

**B.**   *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☑ 6. Other Personal Injury *(Please specify):* Slip and Fall
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____    _____ Attorney-at-Law / Pro Se Plaintiff    _____ Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| CHARLES PLOTNICK and | : | CIVIL ACTION |
| DIANE PLOTNICK | : | |
| v. | : | |
| | : | |
| COSTCO WHOLESALE CORPORATION | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.　　　　　　( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
　　and Human Services denying plaintiff Social Security Benefits.　　　　　　　　( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.　( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
　　exposure to asbestos.　　　　　　　　　　　　　　　　　　　　　　　　　　( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
　　commonly referred to as complex and that need special or intense management by
　　the court. (See reverse side of this form for a detailed explanation of special
　　management cases.)　　　　　　　　　　　　　　　　　　　　　　　　　　　( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.　　( X )

| | | |
|---|---|---|
| 01/03/2019 | *Wan Foy* | Defendant |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 665-3334 | (215) 561-6661 | sperling@bbs-law.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

**(Civ. 660) 10/02**

**IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

CHARLES PLOTNICK and
DIANE PLOTNICK                                  :
                                                :        CIVIL ACTION NO.
              vs.                               :
                                                :
COSTCO WHOLESALE CORPORATION          :

## NOTICE OF REMOVAL

AND NOW, comes defendant, Costco Wholesale Corporation, for the purpose only of removing the cause to the United States District Court for the Eastern District of Pennsylvania and respectfully avers as follows:

1.      This is a civil action filed and now pending in the Court of Common Pleas of Montgomery County, Pennsylvania, No. 2018-28122.

2.      On December 11, 2018, plaintiffs filed their Praecipe for Summons which was served December 21, 2018. (See attached true and correct copy of the Praecipe for Summons marked as Exhibit "A").

3.      The averments made herein are true and correct with respect to the date and time upon which the Praecipe for Summons was filed and served and the date upon which this notice is being filed.

4.      This suit is of a civil nature and involves a controversy between citizens of different states.    Plaintiffs are citizens of the Commonwealth of Pennsylvania.    Defendant, Costco Wholesale Corporation is a corporation organized under the laws of the State of Washington with its principal place of business at 999 Lake Drive, Issaquah, WA 98027.

5.      Defendant, Costco Wholesale Corporation, has simultaneously with the filing of this notice, given written notice to the plaintiffs.

6.      Defendant, Costco Wholesale Corporation, is also filing a copy of the instant notice of removal and all attachments thereto with the Prothonotary of the Court of Common Pleas of Philadelphia County.

7.      The summons was filed in order to assert claims against the defendant, Costco Wholesale Corporation, for personal injuries allegedly sustained in an incident that occurred on November 11, 2017, at the Costco Warehouse located at 740 Upper State Road, North Wales, PA.

8.      Defendant, Costco Wholesale Corporation, seeks to remove this matter to the United State District Court for the Eastern District of Pennsylvania. Defendant, Costco Wholesale Corporation, asserts that the amount in controversy in this matter exceeds $75,000.  As the moving party, defendant, Costco Wholesale Corporation, bears the burden of proving that jurisdiction is proper in federal court.  <u>Russ vs. State Farm Mutual Automobile Insurance Company</u>, 961 F.Supp.  808, 810 (E.D. Pa. 1997).

9.      In determining whether the jurisdiction amount has been satisfied, the Court must first look at the complaint.  <u>Angus vs. Shiley, Inc.</u>, 989 F.2d 142, 145 (3rd Circ. 1993).

10.     The underlying lawsuit demands an amount "in excess of the jurisdictional amount requiring submissions to Arbitration" (which are currently $50,000).  Plaintiff, Charles Plotnick's injuries include non-displaced right wrist fracture, bruising and contusions to face, which required stitches near right eye, left leg, shin and knee.

11.     Defense counsel spoke with plaintiffs' counsel who advised that in light of the injuries alleged, plaintiffs could not stipulate to limit their damages to $75,000.

**WHEREFORE,** defendant, Costco Wholesale Corporation, hereby removes this suit to this Honorable Court pursuant to the laws of the United States in such cases made and provided.

**BENNETT, BRICKLIN & SALTZBURG LLC**

BY: _____

WARREN F. SPERLING, ESQUIRE
Attorney I.D. #36676
1601 Market Street, 16th Floor
Philadelphia, PA 19103
(215) 561-4300
Email: sperling@bbs-law.com
Attorney for Defendant,
Costco Wholesale Corporation

Date: _____January 3, 2019_____

## IN THE UNITED STATES DISTRICT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

CHARLES PLOTNICK and
DIANE PLOTNICK           :
                                :
                                :
       vs.                 :       CIVIL ACTION NO.
                                  :
COSTCO WHOLESALE CORPORATION      :

## NOTICE

To:     Marc S. Rosenberg
        Mammuth & Rosenberg
        401 City Avenue, Suite 122
        Bala Cynwyd, PA   19004

Please take notice that defendant, Costco Wholesale Corporation, has filed a Notice of Removal to the United States District Court for the Eastern District of Pennsylvania removing to that Court a civil action previously pending in the Court of Common Pleas of Montgomery County, entitled, Charles Plotnick and Diane Plotnick v. Costco Wholesale Corporation, No. 2018-28122.

**BENNETT, BRICKLIN & SALTZBURG LLC**

BY: _____
               WARREN F. SPERLING, ESQUIRE
               Attorney I.D. #36676
               1601 Market Street, 16th Floor
               Philadelphia, PA 19103
               (215) 561-4300
               Email: sperling@bbs-law.com
               Attorney for Defendant,
               Costco Wholesale Corporation

Date: ___January 3, 2019___

**IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

CHARLES PLOTNICK and                      :
DIANE PLOTNICK                            :
                                          :     CIVIL ACTION NO.
            vs.                           :
                                          :
COSTCO WHOLESALE CORPORATION              :

## PROOF OF FILING

COMMONWEALTH OF PENNSYLVANIA    :
                                :
COUNTY OF PHILADELPHIA          :

Warren F. Sperling, being duly sworn according to law, deposes and says that he is a member in the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendant, Costco Wholesale Corporation.

That he did direct the filing with the Prothonotary of the Court of Common Pleas of Montgomery County, a copy of the Notice of Removal, attached hereto, said filing to be made on January 3, 2019.

**BENNETT, BRICKLIN & SALTZBURG LLC**

BY:    _____
       WARREN F. SPERLING, ESQUIRE
       Attorney I.D. #36676
       1601 Market Street, 16th Floor
       Philadelphia, PA 19103
       (215) 561-4300
       Email: sperling@bbs-law.com
       Attorney for Defendant,
       Costco Wholesale Corporation

**Sworn to and subscribed
before me this 3rd day
of** _January_ **, 2019.**

**NOTARY PUBLIC**    COMMONWEALTH OF PENNSYLVANIA

NOTARIAL SEAL
DENISE M. PATSCH, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 24, 2021

### IN THE UNITED STATES DISTRICT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

CHARLES PLOTNICK and               :
DIANE PLOTNICK                     :
                                   :        CIVIL ACTION NO.
            vs.                    :
                                   :
COSTCO WHOLESALE CORPORATION        :

### PROOF OF SERVICE

COMMONWEALTH OF PENNSYLVANIA        :
                                   :
COUNTY OF PHILADELPHIA              :

Warren F. Sperling, being duly sworn according to law, deposes and says that he is a member in the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendant, Costco Wholesale Corporation and that he did serve this 3rd day of January, 2019, the aforementioned notice to plaintiffs upon the individual named below by electronic notification by the Court or depositing a copy of same in the United States first class mail, postage prepaid, enclosed in envelope plainly addressed to:

> Marc S. Rosenberg
> Mammuth & Rosenberg
> 401 City Avenue, Suite 122
> Bala Cynwyd, PA 19004

**BENNETT, BRICKLIN & SALTZBURG LLC**

BY: _____

WARREN F. SPERLING
Attorney I.D. #36676
1601 Market Street, 16th Floor
Philadelphia, PA 19103
(215) 561-4300
Email: sperling@bbs-law.com
Attorney for Defendant,
Costco Wholesale Corporation

Sworn to and subscribed
before me this 3rd day
of January, 2019.

_____
**NOTARY PUBLIC**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DENISE M. PATSCH, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 24, 2021

# Exhibit "A"

Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

CHARLES PLOTNICK

vs.

COSTCO WHOLESALE CORPORATION

NO.  2018-28122

## PRAECIPE FOR SUMMONS

To the Prothonotary:

Issue Summons in Civil Action in the above case.

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY

Signature

MARC S ROSENBERG, ESQ.

Filing Party

44457

ID Number

Date    11/30/2018

MAMMUTH & ROSENBERG

Firm Name

401 CITY LINE AVENUE, SUITE 122

Address

BALA CYNWYD , PA 19004

(610) 667-1500

Phone

* * * * * * * * *

TO:   Defendant(s)

You are notified that the Plaintiff(s) has / have commenced an action against you.



Prothonotary, Montgomery County

Date:   11/30/2018

By:  Seth Rovner

Clerk / Deputy

Addresses must be included for all parties

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

CHARLES PLOTNICK

vs.

COSTCO WHOLESALE CORPORATION

NO. 2018-28122

## CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document commencing an action in the Montgomery County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney: MARC S ROSENBERG, Esq., ID: 44457

Self-Represented (Pro Se) Litigant ☐

Class Action Suit    ☐ Yes    ☒ No

MDJ Appeal    ☐ Yes    ☒ No

**Money Damages Requested** ☒

Commencement of Action:

Writ of Summons

**Amount in Controversy**:

More than $50,000

## Case Type and Code

Tort:

Premises Liability

Other:

Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet
MONTGOMERY _____ County

| For Prothonotary Use Only: | |
|---|---|
| Docket No: | |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**Commencement of Action:**
- ☐ Complaint   ☒ Writ of Summons   ☐ Petition
- ☐ Transfer from Another Jurisdiction   ☐ Declaration of Taking

| Lead Plaintiff's Name:<br>Charles Plotnick | Lead Defendant's Name:<br>Costco Wholesale Corporation |
|---|---|
| Are money damages requested? ☒ Yes ☐ No | Dollar Amount Requested:<br>(check one)   ☐ within arbitration limits<br>☒ outside arbitration limits |
| Is this a *Class Action Suit?* ☐ Yes ☒ No | Is this an *MDJ Appeal?* ☐ Yes ☒ No |

Name of Plaintiff/Appellant's Attorney: Marc S. Rosenberg, Esquire

☐   Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**Nature of the Case:**   Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE.* If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☒ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☐ Other:
  _____
  _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:
  _____
  _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:
  _____
  _____

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
  _____
  _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
  _____
  _____
- ☐ Other:
  _____
  _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:
  _____
  _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
  _____
  _____
- ☐ Zoning Board
- ☐ Other:
  _____
  _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:
  _____
  _____

*Updated 1/1/2011*

MAMMUTH & ROSENBERG
BY:  MARC S. ROSENBERG, ESQUIRE
ATTORNEY I.D. NO.: 44457
401 CITY AVENUE, SUITE 122
BALA CYNWYD, PA 19004-1122
TELEPHONE:  610-667-1500
FAX: 610-667-3660
EMAIL: Rosenberg@plaintiff.com
ATTORNEY FOR PLAINTIFF

**THIS IS A MAJOR CASE.**
<u>**JURY TRIAL IS DEMANDED**</u>.

---

CHARLES PLOTNICK
381 Linden Drive
Elkins Park, PA 19027

    and

DIANE PLOTNICK
381 Linden Drive
Elkins Park, PA 19027

                 Plaintiffs, h/w :

      V.

COSTCO WHOLESALE CORPORATION :
740 Upper State Road
North Wales, PA 19454

             Defendant

MONTGOMERY COUNTY
COURT OF COMMON PLEAS

NO.

---

## PRAECIPE FOR SUMMONS

TO THE PROTHONOTARY:

Issue Summons in Civil Action in the above case.

Writ of Summons shall be forwarded to Attorney.

               MAMMUTH & ROSENBERG

               By:

                   MARC S. ROSENBERG, ESQUIRE
                   Attorney for Plaintiffs, Charles Plotnick &
                   Diane Plotnick, h/w

Date: ___11·30·18___

udicial System of Pennsylvania. Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

MAMMUTH & ROSENBERG
BY: MARC S. ROSENBERG, ESQUIRE
ATTORNEY I.D. NO.: 44457
401 CITY AVENUE, SUITE 122
BALA CYNWYD, PA 19004-1122
TELEPHONE: 610-667-1500
FAX: 610-667-3660
EMAIL: Rosenberg@plaintiff.com
ATTORNEY FOR PLAINTIFF

**THIS IS A MAJOR CASE.**
**JURY TRIAL IS DEMANDED.**

CHARLES PLOTNICK                          :
381 Linden Drive                          :
Elkins Park, PA 19027                     :
                                          :      MONTGOMERY COUNTY
                                          :      COURT OF COMMON PLEAS
            and                           :
                                          :
DIANE PLOTNICK                            :
381 Linden Drive                          :
Elkins Park, PA 19027                     :
                                          :      NO.
                         Plaintiffs, h/w  :
            V.                            :
                                          :
COSTCO WHOLESALE CORPORATION  :
740 Upper State Road                      :
North Wales, PA 19454                     :
                         Defendant        :
                                          :

## SUMMONS IN AID OF PREPARING COMPLAINT

TO:     COSTCO WHOLESALE CORPORATION
        740 Upper State Roads
        North Wales, PA 19454


        You are notified that the Plaintiff has commenced an action against you.


                                    Mark Levy
                                    Prothonotary, Montgomery County

SEAL


Date: _____        By: _____
                                        Clerk/Deputy